BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG KYU HAN, SEONG SOON HAN, | ) |
| Plaintiffs, | ) Case No.: 2:15-cv-1576 TLN AC |
| v. | ) **Joint Stipulation and Order** |
| TEXAS SERVICE CENTER, et. al, | ) |
| Defendants. | ) |

Defendants request an additional 60 days to respond to the Complaint; Plaintiffs do not oppose this request.

Dated: November 6, 2015            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

/s/ Alex C. Park
ALEX C. PARK
Counsel for Plaintiffs

1

ORDER

The time to file an answer or other dispositive pleading is extended to January 13, 2015.

Dated:  November 13, 2015

Troy L. Nunley
United States District Judge